IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAYLIN TOLES, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-cv-490-WKW |
| | ) | [WO] |
| WALLY OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On December 10, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice.

No costs are taxed.

A separate final judgment will be entered.

DONE this 9th day of January, 2019.

                                                  /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE